UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10029-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RIGOBERTO HERNANDEZ, JR.,

    Defendant.

## O R D E R

THIS CAUSE is before the Court on the Federal Public Defender's Motion to Withdraw (DE 11). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause as Samuel Rabin, Esquire, Jr., has filed a Notice of Appearance on behalf of defendant Rigoberto Hernandez, Jr.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of July, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Dan Bernstein (MIA)
Sam Rabin, Esq.
AFPD Hector Flores (MIA)